**James REEDOM, Appellant**

v.

**Sabra A. CRAPPELL and State Farm Mutual Automobile Insurance Company, Appellees.**

**No. 12–7075.**

United States Court of Appeals, District of Columbia Circuit.

Dec. 5, 2012.

James Reedom, Fort Worth, TX, pro se.

Before: SENTELLE, Chief Judge, and BROWN and KAVANAUGH, Circuit Judges.

### JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on appellant's brief. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed July 23, 2012 be affirmed. Appellant brought suit seeking redress for injuries his brother sustained in an automobile accident, "[b]ut one cannot have standing in federal court by asserting an injury to someone else." *Viet-nam Veterans of America v. Shinseki*, 599 F.3d 654, 662 (D.C.Cir.2010); *see also Warth v. Seldin*, 422 U.S. 490, 499, 95 S.Ct. 2197, 45 L.Ed.2d 343 (1975) ("[T]he plaintiff generally must assert his own legal rights and interests, and cannot rest his claim to relief on the legal rights or interests of third parties."). Therefore, the district court properly dismissed appellant's complaint for lack of subject matter jurisdiction. *See* Fed.R.Civ.P. 12(h)(3) ("If the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action.").

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.